IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **KRIM BALLENTINE** | Civil Action No. 07-15 |
| Petitioner, | |
| v. | **ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS AND DENYING PETITION FOR WRIT OF MANDAMUS** |
| **ATTORNEY GENERAL OF THE VIRGIN ISLANDS AND THE 27TH LEGISLATURE OF THE VIRGIN ISLANDS** | |
| Respondants. | |

**IT APPEARING** that Mr. Ballentine has petitioned for a writ of mandamus; and

**IT FURTHER APPEARING** that Defendants Attorney General of the Virgin Islands and Defendants the 27th Legislature of the Virgin Islands have filed separate motions to dismiss the matter; and

**IT FURTHER APPEARING** that oral argument was held before this Court November 29, 2007; and

For the reasons set forth in this Court's Opinion dated this date;

**IT IS ORDERED** that Petitioner's writ of mandamus is denied and Defendants motions to dismiss are hereby granted; and

**IT IS FURTHER ORDERED** that all other outstanding motions are moot.

Dated: October 14, 2008

HONORABLE STANLEY S. BROTMAN
United States District Judge
(Sitting by Designation)